Carlsen CLEMENTE; Milanne Lim Clemente, Petitioners,

v.

Loretta E. LYNCH, Attorney General, Respondent.

No. 10-73894.

United States Court of Appeals, Ninth Circuit.

Submitted April 22, 2015.*

Decided Filed April 29, 2015.

Jeremiah Johnson, Johnson & McDermed, LLP, Ben Loveman, Esquire, Reeves & Associates, San Francisco, CA, for Petitioners.

Allen Warren Hausman, Esquire, Senior Litigation Counsel, OIL, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, BYBEE, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Carlsen Clemente and Milanne Lim Clemente, natives and citizens of the Philippines, petition for review of the Board of Immigration Appeals' ("BIA") order dismissing their appeal from an immigration judge's decision denying their application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings. *Ochave v. INS*, 254 F.3d 859, 861–62 (9th Cir.2001). We deny the petition for review.

Substantial evidence supports the BIA's determination that petitioners failed to establish changed or extraordinary circumstances to excuse their untimely asylum applications. *See* 8 C.F.R. § 1208.4(a)(4), (5); *see also Ramadan v. Gonzales*, 479 F.3d 646, 657–58 (9th Cir.2007) (per curiam). Thus, petitioners' asylum claim is time-barred.

Substantial evidence also supports the BIA's determination that petitioners failed to establish past persecution or fear of future persecution on account of a protected ground. *See Zetino v. Holder*, 622 F.3d 1007, 1016 (9th Cir.2010) (petitioner's "desire to be free from harassment by criminals motivated by theft or random violence" lacks nexus); *Singh v. INS*, 134 F.3d 962, 967 (9th Cir.1998) (petitioner must show particularized risk). Thus, petitioners' withholding of removal claim fails. In light of this determination, we need not reach petitioners' arguments re-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

garding particular social group or political opinion.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.